# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of      Case Number:

Majerczyk v. Menu Foods, Inc.

FILED
3-20-07
MAR 2 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

07CV1543
JUDGE ANDERSEN
MAGISTRATE JUDGE NOLAN

| | |
|---|---|
| NAME (Type or print) | Jay Edelson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jay Edelson |
| FIRM | Blim & Edelson, LLC |
| STREET ADDRESS | 53 W. Jackson Blvd; 1642 |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6239287 |
| TELEPHONE NUMBER | 312-913-9400 x2 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☑    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

Dockets.Justia.com