Majerczyk v. Menu Foods, Inc.                                                                                                    Doc. 8



## HAGENS BERMAN
## SOBOL SHAPIRO LLP

STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

March 28, 2007

F I L E D

APR - 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07C1543
Andersen

*Via Overnight Mail*

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   In Re Menu Foods Poisoned Pet Food Litigation
      MDL No.

Dear Clerk of the Panel:

Enclosed please find for filing on March 29, 2007 the following:

1) Plaintiffs' Motion For Transfer and Consolidation of Related Actions To The Western District of Washington Under 28 U.S.C. § 1407;

2) Plaintiffs' Memorandum of Law In Support of Their Motion For Transfer and Consolidation of Related Actions To The Western District of Washington Under 28 U.S.C. § 1407;

3) Schedule of Actions Related To Plaintiffs Motion For Centralization and Coordination of Pretrial Proceedings Pursuant To 28 U.S.C. § 1407; and

4) Proof of Service.

Also enclosed is the computer generated disk required by Rule 5.13. We have enclosed face sheets of the above documents and ask that you file stamp them and return them in the envelope provided.

ATTORNEYS AT LAW          SEATTLE  LOS ANGELES  CAMBRIDGE  PHOENIX  CHICAGO

001958-12 161756 V1

Dockets.Justia.com

March 28, 2007
Page 2

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Steve W. Berman

SWB:rh
cc: All parties of service list

001958-12 161756 V1