UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER AMRO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., MENU FOODS MIDWEST CORPORATION, a Delaware corporation, CHEMNUTRA INC., a Delaware corporation, CHEMNUTRA LLC, THE PROCTOR & GAMBLE COMPANY, an Ohio corporation and THE IAMS COMPANY,<br><br>    Defendants. | Case No. 07 C 2162<br><br>Judge John W. Darrah<br><br>**JURY TRIAL DEMANDED** |
| DAWN MAJERCZYK, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>MENU FOODS, INC., a New Jersey corporation, MENU FOODS INCOME FUND, MENU FOODS OPERATING TRUST, unincorporated open-ended trusts established under Ontario law, MENU FOODS LIMITED PARTNERSHIP, a limited partnership organized under Ontario law, MENU FOODS ACQUISTION INC., MENU FOODS LIMITED, business corporations organized under Ontario law, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No. 07 CV 1543<br><br>Judge Wayne R. Andersen<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF MOTION**

dockets.Justia.com

PLEASE TAKE NOTICE that at 9:00 a.m. on Thursday, April 26, 2007, or as soon thereafter as counsel may be heard, plaintiff Heather Amro, by her attorneys, shall appear before the Honorable Wayne R. Andersen in Room 1403 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and then and there present Plaintiff's Motion for a Finding of Relatedness, a copy of which is hereby served upon you.

Dated: April 19, 2007

HEATHER AMRO, on behalf of herself and all others similarly situated,

By: /s/ Kenneth A. Wexler
Kenneth A. Wexler
Andrae P. Reneau
**Wexler Toriseva Wallace LLP**
One North LaSalle St., Suite 2000
Chicago, Illinois 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Mark J. Tamblyn
**Wexler Toriseva Wallace LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**Kershaw, Cutter, & Ratinoff, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys for Plaintiff and the Class*

2

## CERTIFICATE OF SERVICE

I, Andrae P. Reneau, hereby certify that I am one of plaintiff's attorneys and I caused copies of the foregoing **Notice of Motion** to be served on:

>John Blim
>Jay Edelson
>Myles McGuire (Of Counsel)
>**Blim & Edelson LLC**
>53 W. Jackson Blvd., Suite 1642
>Chicago, IL  60604
>Telephone:  (312) 913-3400
>Facsimile:  (312) 913-9401
>
>*Counsel for Plaintiff Dawn Marjerczyk*

via the Court's Electronic Filing System, and

>Edward B. Ruff, III
>Michael P. Turiello
>**Pretzel & Stouffer Chartered**
>One South Wacker Drive
>Suite 2500
>Chicago, IL 60606
>Telephone: (312) 346-1973
>Facsimile: (312) 346-8242
>
>*Counsel for Defendants Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Operating Trust, Menu Foods Limited Partnership, Menu Foods Acquisition Inc., Menu Foods Limited, Menu Foods Holdings, Inc. and Menu Foods Midwest Corp.  (Not Yet Appeared)*

via facsimile and U.S. Mail , with proper postage prepaid, this 19th day of April, 2007.


                                    /s/ Andrae P. Reneau