U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07-CV-01543 |
|---|---|
| DAWN MAJERCZYK, et. al. Plaintiff, vs. MENU FOODS, INC., et. al. Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Menu Foods, Inc., a New Jersey Corporation, Menu Foods Income Fund, Menu Foods Operating Trust, unincorporated open-ended trusts established under Ontario law, Menu Foods Limited Partnership, a limited partnership organized under Ontario law, Menu Foods Acquisition Inc., Menu Foods Limited, business corporations organized under Ontario law, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation Delaware corporations.

| | |
|---|---|
| NAME (Type or print) Edward B. Ruff, III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Edward B. Ruff | |
| FIRM PRETZEL & STOUFFER, CHARTERED | |
| STREET ADDRESS One South Wacker Driver, Suite 2500 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6181332 | TELEPHONE NUMBER (312) 578-7450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |