## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number: 07-CV-01543

DAWN MAJERCZYK, et. al.
                                    Plaintiff,
vs.
MENU FOODS, INC., et. al.
                                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Menu Foods, Inc., a New Jersey Corporation, Menu Foods Income Fund, Menu Foods Operating Trust, unincorporated open-ended trusts established under Ontario law, Menu Foods Limited Partnership, a limited partnership organized under Ontario law, Menu Foods Acquisition Inc., Menu Foods Limited, business corporations organized under Ontario law, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation Delaware corporations.

| NAME (Type or print) |
|---|
| Michael P. Turiello |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael P. Turiello |

| FIRM |
|---|
| PRETZEL & STOUFFER, CHARTERED |

| STREET ADDRESS |
|---|
| One South Wacker Driver, Suite 2500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6238272 | (312) 578-7507 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

Dockets.Justia.com