U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number: 07-CV-01543
DAWN MAJERCZYK, et. al.
                                    Plaintiff,
vs.
    MENU FOODS, INC., et. al.
                                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Menu Foods, Inc., a New Jersey Corporation, Menu Foods Income Fund, Menu Foods Operating Trust, unincorporated open-ended trusts established under Ontario law, Menu Foods Limited Partnership, a limited partnership organized under Ontario law, Menu Foods Acquisition Inc., Menu Foods Limited, business corporations organized under Ontario law, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation Delaware corporations.

| | |
|---|---|
| NAME (Type or print) <br> Priya K. Jesani | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Priya K. Jesani | |
| FIRM <br> PRETZEL & STOUFFER, CHARTERED | |
| STREET ADDRESS <br> One South Wacker Driver, Suite 2500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270117 | TELEPHONE NUMBER <br> (312) 578-7598 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |