# 07C1543
# Andersen

**F I L E D**

APR 2 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE PET FOOD PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1850

I, Bonney S. McCormack, declare under penalty of perjury that the following facts are true and correct:

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within-entitled cause. I am an employee of Hagens Berman Sobol Shapiro LLP and my business address is 1301 Fifth Avenue, Suite 2900, Seattle, Washington 98101.

On April 18, 2007 I caused the following documents to be served upon the parties and courts named below in the manner indicated:

**Memorandum of Plaintiffs Whaley, et al. In Opposition to Motions for Transfer and Consolidation of Related Actions Submitted by Plaintiffs Sexton and Toriano.**

**VIA MAIL**

**DEFENDANTS**

Menu Foods
8 Falconer Drive
Streetsville, ON

The Iams Company
One Proctor & Gamble Plaza C-2
Cincinnati, Ohio 45202

- 1
Case No.

001958-11 165813 V1

| | |
|---|---|
| Canada L5N 1B1 | |
| Menu Foods<br>8 Falconer Drive<br>Streetsville, ON<br>Canada L5N 1B1 | Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, Ohio  45202 |
| Menu Foods, Inc.<br>c/o The Corporation Trust Company<br>820 Bear Tavern Road<br>West Trenton, NJ  08628 | Menu Foods Midwest Corporation<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 |
| Menu Foods Midwest Corporation<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 | Menu Foods Limited Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 |
| Menu Foods Midwest Corporation<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 | Menu Foods Limited Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 |
| Menu Foods Gen Par Limited<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Wal-Mart Stores, Inc.<br>c/o The Corporation Company<br>1209 Orange St.<br>Wilmington, DE  19801-1120 |

## OTHER PLAINTIFFS' COUNSEL IN THESE ACTIONS

| | |
|---|---|
| **Counsel for Plaintiffs in the *Sims* Action:**<br><br>Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Ave., Suite 309<br>Fayetteville, AR  72701 | **Counsel for Plaintiffs in the  *Schneider, and Workman, et al* Actions:**<br><br>Donna Siegel Moffa<br>TRUJILLO, RODRIGUEZ & RICHARDS, llp<br>8 Kings Highway West<br>Haddonfield, NJ  08033 |
| **Counsel for Plaintiffs in the *Scott, et al.* Action:**<br><br>Jeremy Young Hutchinson<br>PATTON, ROBERTS, McWILLIAMS & CAPSHAW<br>111 Center Street, Suite 1315<br>Little Rock, AR  72201 | **Counsel for Plaintiffs in the *Workman et al.* Action:**<br><br>Sherrie R. Savett<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103 |

- 2
Case No.

001958-11 165813 V1

Case 1:07-cv-01543   Document 27   Filed 04/23/2007   Page 3 of 4

**Counsel for Plaintiffs in the *Scott, et al.* Action:**

Richard Adams
PATTON, ROBERTS, WILLIAMS
  & CAPSHAW
Century Bank Plaza, Suite 400
P.O. Box 6128
Texarkana, TX  75505-6128

**Counsel for Plaintiffs in the *Toriano* Action:**

Paul J. Geller
LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809

**Counsel for Plaintiffs in the *Workman et al.* Action:**

Lawrence Kopelman
KOPELMAN & BLANKMAN
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, FL  33301

**Counsel for Plaintiff in the *Holt* Action:**

A. James Andrews
Nicole Bass
905 Locust Street
Knoxville, TN  37902

**Counsel for Plaintiff in the *Majerczyk* Action:**

Jay Edelson
BLIM & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, IL  60604

**Counsel for Plaintiffs in the *Suggett, et al.* Action:**

Adam P. Karp, Esq.
ANIMAL LAW OFFICES
114 W. Magnolia St., Suite 425
Bellingham, WA  98225

**Counsel for Plaintiffs in the *Workman et al.* Action:**

Robert A. Rovner
ROVNER, ALLEN, ROVNER,
  ZIMMERMAN & NASH
175 Bustleton Pike
Feasterville, PA  19053-6456

**Counsel for Plaintiff in the *Holt* Action:**

Perry A. Craft
CRAFT & SHEPPARD
214 Centerview Dr., Suite 233
Brentwood, TN  37027

D. Jeffrey Ireland
FARUKI, IRELAND & COX,
500 Courthouse Plaza S.W.
10 North Ludlow Street
Dayton, OH  45402

**Counsel for Plaintiffs in the *Whaley, Heller, et al. and Kornelius, et al.* Actions:**

Michael David Myers
MYERS & COMPANY
1809 7th Ave., Suite 700
Seattle, WA  98101

**Counsel for Plaintiffs in the *Johnson, et al.* Action:**

Mr. Philip H. Gordon
Gordon Law Offices
623 West Hays St.
Boise, ID  83702

**Counsel for Plaintiff in the *Sexton* Action:**

Kenneth A. Wexler
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA  95815

- 3
Case No.

| Counsel for Plaintiffs in the *Osborne* Action: | |
|---|---|
| Bruce E. Newman<br>NEWMAN, CREED & ASSOCIATES<br>99 North Street, Route 6<br>P. O. Box 575<br>Bristol, CT  06011-0575 | KERSHAW, CUTTER & RATINOFF,<br>980 9th Street, 19th Floor<br>Sacramento, California  95814 |
| **Counsel for Plaintiffs in the *Toriano* Actin:** | **Counsel for Plaintiffs in the *Pittsonberger et al.* Action** |
| Stuart A. Davidson<br>LERACH, COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FK  33432-4809 | Christine M. Fox<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue<br>New York, NY  10022 |

## COURTS

Clerk of Court
U.S. District Court
Western District of Washington
700 Stewart Street
Seattle, WA  98101

Clerk of Court
Southern District of Florida
299 E. Broward Blvd., Suite 108
Fort Lauderdale, FL  33301

Clerk of Court
U.S. District Court
Western District of Arkansas
35 E. Mountain Street, Suite 510
Fayetteville, AR  72701-5354

Clerk of Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN  37902

Clerk of Court
U.S. District Court
District of New Jersey
4th & Cooper Streets, Suite 1050
Camden, NJ  08101

Clerk of Court
Northern District of Illinois
209 S. Dearborn Street
Chicago, Il  60604

Clerk of Court
District of Connecticut
450 Main
Hartford, CT  06103

Clerk of Court
Central District of California
312 N. Spring St., Room G-8
Los Angeles, CA  90012

Attorneys for Plaintiff

Executed on April 18, 2007 at Seattle, Washington.

*Bonney M'Cormack*
Bonney S. McCormack
Paralegal

- 4
Case No.

001958-11 165813 V1