# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DAWN MAJERCZYK individually and on behalf of a class of similarly situated individuals, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MENU FOODS, INC., a New Jersey Corporation, et al. )<br><br>Defendants. ) | No. 1:07-CV-01543<br><br>Judge Wayne R. Andersen<br><br>**Jury Trial Demanded** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, May 3, 2007 at 9:00 a.m., or as soon as counsel may be heard, we shall appear before the Honorable Wayne F. Andersen in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, Courtroom Number 1403 and then and there present the attached **MOTION FOR REASSIGNMENT OF RELATED CASE**, a copy of which is attached and hereby served upon you.

DATED: April 25, 2007

RAYMOND AND KATHLEEN DEMITH, on behalf of themselves and all others similarly situated,

By: /s/ Steven E. Schwarz
STEVEN E. SCHWARZ

THE LAW OFFICES OF
   STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: 773/837-6134

Attorney for the *Demith* Plaintiffs and the Class

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I, Steven E. Schwarz, hereby certify that I am plaintiff's attorney and I caused copies of the foregoing **Notice of Motion** to be served on:

> John Blim
> Jay Edelson
> Myles McGuire (Of Counsel)
> **Blim & Edelson LLC**
> 53 W. Jackson Blvd., Suite 1642
> Chicago, IL 60604
> Telephone: (312) 913-3400
> Facsimile: (312) 913-9401
>
> Gino L. DiVito
> **Tabet DiVito & Rothstein LLC**
> 209 South LaSalle Street, 7th Floor
> Chicago, IL 60604
> Telephone: (312) 762-9460
>
> *Counsel for Plaintiff Dawn Majerczyk*

Via the Court's Electronic Filing System, and

> Edward B. Ruff, III
> Michael P. Turiello
> Priya K. Jesani
> **Pretzel & Stouffer Chartered**
> One South Wacker Drive
> Suite 2500
> Chicago, IL 60606
> Telephone: (312) 346-1973
> Facsimile: (312) 346-8242
>
> *Counsel for Defendants Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Operating Trust, Menu Foods Limited Partnership, Menu Foods Acquisition Inc., Menu Foods Limited, Menu Foods Holdings, Inc. and Menu Foods Midwest Corp. (Not Yet Appeared)*

Via the Court's Electronic Filing System, this 25th day of April, 2007.

/s/ Steven E. Schwarz