# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Dawn Majerczyk, et al.

                             Plaintiff,

v.

                                   Case No.: 1:07–cv–01543
                                   Honorable Wayne R. Andersen

Menu Foods, Inc., et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 26, 2007:

      MINUTE entry before Judge Wayne R. Andersen :Plaintiff's motions [29], [19] for relatedness are taken under advisement. Any additional written memorandum are due by 5/3/2007.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.