UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER AMRO, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., MENU FOODS MIDWEST CORPORATION, a Delaware corporation, CHEMNUTRA INC., a Delaware corporation, CHEMNUTRA LLC, THE PROCTOR & GAMBLE COMPANY, an Ohio corporation and THE IAMS COMPANY,<br><br>               Defendants. | Case No. 07 C 2162<br><br>Judge John W. Darrah<br><br>**JURY TRIAL DEMANDED** |
| DAWN MAJERCZYK, individually and on behalf of a class of similarly situated individuals,<br><br>             Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, MENU FOODS INCOME FUND, MENU FOODS OPERATING TRUST, unincorporated open-ended trusts established under Ontario law, MENU FOODS LIMITED PARTNERSHIP, a limited partnership organized under Ontario law, MENU FOODS ACQUISTION INC., MENU FOODS LIMITED, business corporations organized under Ontario law, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation,<br><br>               Defendants. | Case No. 07 CV 1543<br><br>Judge Wayne R. Andersen<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF AMRO'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF HER MOTION FOR A FINDING OF RELATEDNESS**

Dockets.Justia.com

Pursuant to this Court's instruction during the hearing on Plaintiff Amro's Motion For a Finding of Relatedness on March 26, 2007, Plaintiff Amro respectfully submits this supplemental memorandum to notify the Court of the filing at least two additional class actions in the District Court of the Northern District of Illinois regarding the sale contaminated pet food: *Foxe v. Menu Foods, Inc., et al.* (Case No. 07 CV 02237); and *Bruski v. Menu Foods, Inc.* (Case No. 07 CV 02183).

The *Foxe* Class Action Complaint (attached hereto as Exhibit A) was recently filed on April 24, 2007, and is currently assigned to the Honorable Amy J. St. Eve. Similar to *Amro*, *Demith* and *Majercyzk*, the *Foxe* Class Action Complaint seeks redress for consumers who purchased contaminated pet food products manufactured, marketed and sold by defendants that subsequently caused many consumers' pets to die or suffer kidney failure or other injury from eating the pet food products. (*Foxe* Class Action Compl. at ¶¶ 1-2, 11-20.) Plaintiff Foxe seeks certification of a class comprised of all "persons and entities who purchased the pet products at issue, defined herein as 'cuts and gravy' style pet food in can or pouch, manufactured by Menu Foods Income Fund or Menu Foods, Inc., between November 6, 2006 and March 6, 2007". (*Id.* at ¶ 21.)

Plaintiff Foxe also seeks certification of two subclasses: (1) "all persons or entities who purchased pet products at issue caused to be distributed, marketed and/or sold by Safeway Inc.;" and (2) "all persons and entities who purchased pet products at issue caused to be distributed, marketed and/or sold in the State of Illinois". (*Id.* at ¶¶ 22-23.)

The *Bruski* Class Action Complaint (attached hereto as Exhibit B) was filed on March 23, 2007, in the Circuit Court of Cook County, Illinois. This case was removed to the District Court for the Northern District of Illinois on April 19, 2006, and is currently assigned to the Honorable John W. Darrah.

2

Virtually identical to *Amro*, *Demith*, *Majercyzk* and *Foxe*, the *Bruski* Class Action Complaint also seeks relief as a result the defendants' sale of contaminated pet food and failure to issue a timely recall of such products. (*Bruski* Class Action Compl. at ¶¶ 16-56.) Plaintiff Bruski seeks certification of a class comprised of all "persons in Illinois who purchased cuts and gravy style dog and cat food, manufactured by Menu Foods at its facility in Emporia, Kansas between December 3, 2006 and March 6, 2007 for sale by Nutro Products and distributed by PetSmart throughout Illinois." (*Id.* at ¶ 2.)

Thus, as evidenced above, as of the date of the filing of this Supplemental Memorandum, at least five actions are pending in the District Court for the Northern District of Illinois arising from substantially identical claims based upon the defendants' improper conduct of manufacturing, distributing or selling contaminated pet food products. Accordingly, Plaintiff Amro respectfully requests that this Court find that these actions are related and order the transfer of the actions to this Court.

Dated: May 1, 2007                                     HEATHER AMRO, on behalf of herself and
                                                       all others similarly situated,


                                                       By: /s/ Edward A. Wallace
                                                           Kenneth A. Wexler
                                                           Edward A. Wallace
                                                           Andrae P. Reneau
                                                           **Wexler Toriseva Wallace LLP**
                                                           One North LaSalle St., Suite 2000
                                                           Chicago, Illinois 60602
                                                           Telephone: (312) 346-2222
                                                           Facsimile: (312) 346-0022

                                                           Mark J. Tamblyn
                                                           **Wexler Toriseva Wallace LLP**
                                                           1610 Arden Way, Suite 290
                                                           Sacramento, California 95815
                                                           Telephone: (916) 568-1100
                                                           Facsimile: (916) 568-7890

Stuart C. Talley
**Kershaw, Cutter, & Ratinoff, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, Andrae P. Reneau, hereby certify that I am one of plaintiff's attorneys and I caused copies of the foregoing **Plaintiff Amro's Supplemental Memorandum In Support of Her Motion for a Finding of Relatedness** to be served on:

>John Blim
>Jay Edelson
>Myles McGuire (Of Counsel)
>**Blim & Edelson LLC**
>53 W. Jackson Blvd., Suite 1642
>Chicago, IL  60604
>Telephone:  (312) 913-3400
>Facsimile:  (312) 913-9401
>
>*Counsel for Plaintiff Dawn Marjerczyk*

via the Court's Electronic Filing System, and

>Edward B. Ruff, III
>Michael P. Turiello
>**Pretzel & Stouffer Chartered**
>One South Wacker Drive
>Suite 2500
>Chicago, IL 60606
>Telephone: (312) 346-1973
>Facsimile: (312) 346-8242
>
>*Counsel for Defendants Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Operating Trust, Menu Foods Limited Partnership, Menu Foods Acquisition Inc., Menu Foods Limited, Menu Foods Holdings, Inc. and Menu Foods Midwest Corp.  (Not Yet Appeared)*

via facsimile and U.S. Mail, with proper postage prepaid, and

>Steven E. Schwarz
>**The Law Offices of Steven E. Schwarz, Esq.**
>2461 W. Foster Ave., #1W
>Chicago, IL 60625
>Telephone: (773) 837-6134
>
>*Counsel for Plaintiffs Raymond and Kathleen Demith*

via U.S. Mail with proper postage prepaid, this 1st day of May, 2007.

/s/ Andrae P. Reneau