## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DAWN MAJERCZYK individually and on behalf of a class of similarly situated individuals,

                Plaintiff,

      vs.

MENU FOODS, INC., a New Jersey Corporation, et al.

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. 1:07-CV-01543

Judge Wayne R. Andersen

**Jury Trial Demanded**

## THE DEMITH PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF THEIR MOTION FOR REASSIGNMENT OF RELATED CASE

Pursuant to this Court's instruction during the hearing on Plaintiff Amro's Motion for a Finding of Relatedness on April 26, 2007, and pursuant to this Court's minute entry of April 26, 2007 (Dkt. #32), the Demith Plaintiffs respectfully submit this supplemental memorandum to indicate their concurrence with the recommendation made in Plaintiff Amro's Supplemental Memorandum in Support of Her Motion for a Finding of Relatedness (Dkt. # 33).

For the reasons already expressed in Plaintiff Amro's Supplemental Memorandum, this Court should find that the five actions currently pending in the Northern District of Illinois identified by Plaintiff Amro are related and should order the transfer of the actions to this Court.

Transfer of the related actions would serve judicial economy as a number of motions may be noticed in these cases in the weeks preceding the Panel's hearing on May 31, 2007 and decision, most likely the following month. The hearing of all such matters by this Court would result in a substantial savings of time and effort. (LR 40.4(b)(2).

Respectfully submitted,

DATED:  May 2, 2007                    /s/ Steven E. Schwarz
                                        STEVEN E. SCHWARZ

                                        THE LAW OFFICES OF
                                          STEVEN E. SCHWARZ, ESQ.
                                        2461 W. Foster Ave., #1W
                                        Chicago, IL 60625
                                        Telephone:  773/837-6134

                                        Attorney for Plaintiffs and the Class

## <u>CERTIFICATE OF SERVICE</u>

I, Steven E. Schwarz, hereby certify that I am plaintiff's attorney and I caused copies of the foregoing **Supplemental Memorandum in Support of Motion for Reassignment of Related Case** to be served on:

John Blim
Jay Edelson
Myles McGuire (Of Counsel)
**Blim & Edelson LLC**
53 W. Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone:  (312) 913-3400
Facsimile:  (312) 913-9401

Gino L. DiVito
**Tabet DiVito & Rothstein LLC**
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone:  (312) 762-9460

*Counsel for Plaintiff Dawn Majerczyk*

Via the Court's Electronic Filing System, and

Edward B. Ruff, III
Michael P. Turiello
Priya K. Jesani
**Pretzel & Stouffer Chartered**
One South Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone:  (312) 346-1973
Facsimile:  (312) 346-8242

*Counsel for Defendants Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Operating Trust, Menu Foods Limited Partnership, Menu Foods Acquisition Inc., Menu Foods Limited, Menu Foods Holdings, Inc. and Menu Foods Midwest Corp.*

Via the Court's Electronic Filing System, and

Craig A. Hoover
**Hogan & Hartson LLP**
Columbia Square

3

555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

***Counsel for Defendants Nestle Purina PetCare Company,  Nestle
S.A., Nestle Holdings, Inc., Nestle USA, Inc. (Not yet served or
appeared.)***

Via U.S. Mail with proper postage prepaid, this 2nd day of May, 2007.

/s/ Steven E. Schwarz

4