28.062334-237/537     PKJ/mmb     #397

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID MAJERCZYK, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.     07 CV 1543 |
| MENU FOODS, Inc., a New Jersey Corporation, et al., | ) ) ) | Judge Andersen |
| Defendant. | ) | Magistrate Judge Nolan |

NOTICE OF MOTION

On  May 10       , 2007, at 9:00  a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Anderson  Room 1403  or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, and shall then and there present Defendant's MENU FOODS, INC.'s Motion to Stay All Proceedings.

Edward B. Ruff ARDC# 6181332
Michael P. Turiello ARDC# 6238272
Priya K. Jesani ARDC# 6270114
Attorneys for MENU FOODS
PRETZEL & STOUFFER, CHARTERED
 One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973

CERTIFICATE OF SERVICE

 I hereby certified that the Notice of Motion and Defendant, MENU FOODS, INC.'s **Motion to Correct Docket and Caption** was filed electronically on May 3, 2007 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Blim, Esq,
Jay Edelson, Esq.
Blim & Edelson, LLC
53 West Jackson Boulevard
Suite 1642
Chicago, IL 60604
(312) 913-9400
(312) 913-9401 fax

Gino L. DiVito, Esq.
Tabet DiVito & Rothstein LLC
200 South LaSalle Street
7th Floor
Chicago, IL 60604
(312) 762-9460

        Respectfully submitted,

        PRETZEL & STOUFFER, CHARTERED

        By: /s/ Edward B. Ruff
        One of the Attorneys for MENU FOODS

Edward B. Ruff ARDC# 6181332
Michael P. Turiello ARDC# 6238272
Priya K. Jesani ARDC# 6270114
Attorneys for MENU FOODS
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973