# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 1543 | **DATE** | 5/10/2007 |
| **CASE TITLE** | Majerczyk vs. Menu Foods | | |

**DOCKET ENTRY TEXT**

Defendants motion to stay all proceedings [35] is granted. Status hearing set for 6/21/2007 @ 9:00 a.m. Motion for reassignment of related case [29] is granted. Case number 7 C 2211 (J. Darrah) shall be reassigned to the calendar of J. Andersen.

Docketing to mail notices.

00:10

Courtroom Deputy Initials:   TSA

7C1543 Majerczyk vs. Menu Foods     Page 1 of 1

Dockets.Justia.com