## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 1543 | **DATE** | 6/8/2007 |
| **CASE TITLE** | David Majerczyk vs. Menu Foods, Inc. | | |

**DOCKET ENTRY TEXT**

Enter order regarding defendant's motion to stay all proceedings. Status hearing set for 6/15/2007 @ 9:30 a.m.

■ [ For further detail see separate order(s).]                                                          Docketing to mail notices.

FILED
2007 JUN 11 AM 8:08
U.S. DISTRICT COURT

Courtroom Deputy Initials:  TSA

7C1543 David Majerczyk vs. Menu Foods, Inc.                                                    Page 1 of 1

Dockets.Justia.com