

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID MAJERCZYK, individually and on behalf of a class of similarly situated individuals, )<br><br>Plaintiff, )<br><br>v. )<br><br>MENU FOODS, Inc., a New Jersey Corporation, )<br><br>Defendant. ) | <br><br><br><br><br><br>Case No.    07 CV 1543<br><br>Judge Andersen<br><br>Magistrate Judge Nolan |

### Order

This cause coming on to be heard on Defendants' motion to stay all proceedings, with due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT Defendants' motion is granted and these proceedings are stayed pending the transfer decision by the Judicial Panel. Additionally, pursuant to Local Rule 40.4, this Court finds that the following cases: *Amro v. Menu Foods Inc. et. al.* (1:07-cv-02162); *Bruski v. Menu Foods Inc. et. al.* (1:07-cv-02183); *Demith v. Nestle Purina Petcare Co. et. al.* (1:07-cv-2211); and *Foxe v. Menu Foods Inc., et. al.* (1:07-cv-02237) are related and reassigned to Judge Wayne Andersen, before whom the *Majerczyk v. Menu Foods Inc. et. al.* (1:07-cv-1543) case is currently pending. The next Status Hearing on the above captioned matter is set for June 15, 2007 at 9:30 a.m.

| | | ENTERED: |
|---|---|---|
| **Name** | PRETZEL & STOUFFER, CHARTERED | |
| **Attorney For** | Defendants | Dated: June 8, 2007 |
| **Address** | One S. Wacker Drive | |
| **City** | Chicago, IL 60606-4673 | |
| **Telephone** | (312) 346-1973 | |

Judge                                    Judge's No.