Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 1543 | **DATE** | 6/15/2007 |
| **CASE TITLE** | Majerczyk v. Menu Foods, Inc. | | |

**DOCKET ENTRY TEXT**

All cases are stayed pending MDL transfer. Status hearing set for 8/1/2007 @ 9:00 a.m. Defendant is given to file the appearance of William C. Martin. Oral motion by Edward Ruff to withdraw is granted. Draft order to follow.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | TSA |
|---|---|---|

Dockets.Justia.com