**F I L E D**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

JUN 1 9 2007

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by
**UNITED STATES DISTRICT COURT**
by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 07 C 1543

DAVID MAJERCZYK, individually and on behalf of a class of
similarly situated individuals,
                vs.,
MENU FOODS, INC., New Jersey Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MENU FOODS, INC.

| |
|---|
| NAME (Type or print)<br>William C. Martin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William C. Martin |
| FIRM<br>DLA PIPER US LLP |
| STREET ADDRESS<br>203 North LaSalle Street; Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06272668 | TELEPHONE NUMBER<br>(312) 368-4000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

Dockets.Justia.com