## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID MAJERCZYK, Individually and On Behalf of All Similarly Situated,<br>      Plaintiff,<br><br>v.<br><br>MENU FOODS, INC.<br>      Defendant, | Case No. :07-cv-1543<br><br>Judge Wayne Anderson<br><br><br>June 29, 2007 |

### NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407

Notice is hereby given that on June 19, 2007, the Judicial Panel on Multidistrict Litigation issued the attached Transfer Order. The Transfer Order created a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL") and transferred the above-captioned case to the MDL which has been initially assigned to Judge Noel L. Hillman of the District of New Jersey.

Dated: June 29, 2007

Respectfully submitted,

**MENU FOODS, INC.,**

By: s/ William C. Martin
    One of Its Attorneys

William C. Martin (#06272668)
**DLA PIPER US LLP**
http://www.dlapiper.com
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
william.martin@dlapiper.com
T: (312) 368-4000
F: (312) 236-7516

---

[1] The following cases *Amro v. Menu Food Inc., et. al.*, 07-cv-2162; *Bruski v. Menu Foods Inc., et. al.*, 07-cv-2183; and *Foxe v. Menu Foods Inc., et. al.,* 07-cv-2237, which were previously deemed related to the above-captioned case and reassigned to Judge Wayne Anderson, have been identified to the Panel as a "tag-along" cases. A separate notice will be filed for those cases.

1

## CERTIFICATE OF SERVICE

I hereby certify that on the June 29, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Heather Amro**

**Raymond Demith**
Bolingbrook, IL 60440

**Daniel L. Rottinghaus**
Berding & Weil LLP
3240 Stone Valley Road West
Alamo, CA 94507

**Cheryl A. Williams**
Milberg Weiss & Bershad LLP
300 South Grand Avenue
Suite 3900
Los Angeles, CA 90071

                                            s/ William C. Martin
                                            William C. Martin

William C. Martin (#06272668)
**DLA PIPER US LLP**
http://www.dlapiper.com
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
william.martin@dlapiper.com
T: (312) 368-4000
F: (312) 236-7516