# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DAWN MAJERCZYK, individually and on behalf of all similarly situated individuals, vs., MENU FOODS, INC, a New Jersey Corporation, et al. | 07 C 1543 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: MENU FOODS INCOME FUND; MENU FOODS OPERATING TRUST; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS ACQUISITION INC.; MENU FOODS LIMITED; MENU FOODS HOLDINGS, INC.; and MENU FOODS MIDWEST CORPORATION.

| NAME (Type or print) |  |
|---|---|
| William C. Martin |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ William C. Martin |  |
| FIRM |  |
| DLA PIPER US LLP |  |
| STREET ADDRESS |  |
| 203 North LaSalle Street; Suite 1900 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06272668 | (312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |

American LegalNet, Inc.
www.USCourtForms.com

Dockets.Justia.com