# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Dawn Majerczyk, et al.

                          Plaintiff,

v.                                                Case No.: 1:07−cv−01543
                                               Honorable Wayne R. Andersen

Menu Foods, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 11, 2007:

      MINUTE entry before Judge Wayne R. Andersen :Defendant's motion to reassign case [49] as related is granted pursuant to the order entered on 6/8/2007. Plaintiff's motion [19] to reassign case 7 c 2162 is granted. Motions terminated: Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.