## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 1543 | **DATE** | 7/11/2007 |
| **CASE TITLE** | Majerczyk vs. Menu Foods | | |

**DOCKET ENTRY TEXT**

Pursuant to the transfer order [48-2], this case is transferred to the Multidistrict Litigation Panel, to the Honorable Noel L. Hillman in the District of New Jersey.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|

7C1543 Majerczyk vs. Menu Foods Page 1 of 1

Dockets.Justia.com