



# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
**(312) 435-5691**

July 12, 2007

USDC-District of New Jersey
Martin Luther King, Jr.
Federal BLD & U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, NJ 07101-0419

**FILED**

JUL 2 3 2007
JUL 23 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Majerczyk v. Menu Foods, Inc.
Our USDC No. 1:07cv1543
Your USDC No. 1:07cv2867 (NLH)(AMD)
MDL Docket No.: 1850

Dear Clerk:

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on 6/19/2007. Enclosed is a certified copy of the MDL transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:/s/ G. Jones

Enclosures

New Case No. 1·07cv3294          Date 7-16-07

Susan Bush
USDC-N.J.